**Dismissed and Memorandum Opinion filed January 15, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00239-CV

---

## IN THE INTEREST OF K.M.M. AND M.W.M., CHILDREN

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-23266**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal of an interlocutory order in a bill-of-review proceeding. The trial court signed an order purporting to vacate the order in a child-support-enforcement proceeding nearly two years earlier, but did not then go on to address the merits of the claim as required in a bill-of-review proceeding. *Jordan v. Jordan*, 907 S.W.2d 471, 472 (Tex. 1995) (per curiam) ("A bill of review which sets aside a prior judgment but does not dispose of the case on the merits is interlocutory and not appealable."); *Mills v. Corvettes of Hous., Inc.*, 44 S.W.3d 197, 199 (Tex. App.—Houston [14th Dist.] 2001, no pet.) (same).

Recognizing that this is a non-appealable interlocutory order, the appellee asked that this court consider "both parties' briefing of these issues as consent and agreement for the Court to address this matter." We therefore notified the parties on December 16, 2014 of our intent to dismiss the appeal for want of jurisdiction unless the appellant filed an amended notice of appeal in compliance with Texas Rule of Appellate Procedure 28.2(c). *See* TEX. R. APP. P. 28.2(c) (setting forth the required contents of a notice of appeal in an agreed interlocutory appeal). The appellant did not file an amended notice of appeal, and his responsive brief does not demonstrate that we have jurisdiction to entertain the appeal.

Accordingly, because there is no final judgment or appealable interlocutory order, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 28.2(d); 42.3(a); 43.2(f).

/s/    Tracy Christopher
Justice

Panel consists of Justices Christopher, Donovan, and Wise.